In Bankruptcy. In the matter of the bankruptcy of Leonard G. Schumm, bankrupt. Petition by the bankrupt for review of an order of the referee refusing to set apart to him as exempt an auto truck. Order affirmed.

A. H. Carpenter, of Stockton, Cal., for bankrupt.

---

## In re DARR.

(District Court, N. D. California, First Division. February 11, 1916.)

No. 9932.

BANKRUPTCY ⬅45—PROCEEDINGS—PAYMENT OF FEES.

> As, under the statute, payment of the clerk's filing fees has priority over payment of attorney's fees, a bankrupt cannot reverse this order, and, after paying his attorney a fee, file his petition and schedules as pauper.

[Ed. Note.—For other cases, see Bankruptcy, Dec. Dig. ⬅45.]

In Bankruptcy. In the matter of the bankruptcy of George W. Darr. Petition in forma pauperis to be permitted to file the petition and schedules without paying the clerk the fees provided by law. Petition denied.

Rodolph Hatfield, of Oakland, Cal., for bankrupt.

DOOLING, District Judge. The petitioner has presented an oath in forma pauperis, and asks that he be permitted to file his petition and schedules without paying the clerk the fees provided for by law. His schedules show that he has paid his attorney the sum of $35. If this sum was paid from his estate, he should not be allowed to file his petition without paying the required fees, because in the order of priority established by the statute the clerk's fee takes precedence over the fees of his attorney, and a bankrupt cannot reverse this order by paying his attorney first and not paying the clerk at all.

The motion that the clerk be directed to file his petition without fees is therefore denied.

⬅For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes